IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK LINDERMAN,<br><br>         *Plaintiff,*<br><br>  v.<br><br>READING TRUCK BODY, LLC,<br><br>         *Defendant.* | Civil Action No. 17-cv-1120<br><br>(Judge Leeson) |

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, Reading Truck Body, LLC, certifies that this party is a non-governmental corporate party and that:

☐ This party does not have any parent corporation and publicly held corporation that owns 10% or more of its stock:

**OR**

☒ This party has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Reading Truck Body, LLC, a Delaware limited liability company, is a wholly-owned subsidiary of ReadTruck Holdings, LLC, which is a Delaware limited liability company. ReadTruck Holdings, LLC is a wholly-owned subsidiary of The Reading Truck Group, LLC, a Delaware limited liability company. The Reading Truck Group, LLC, is a wholly-owned subsidiary of J.B. Poindexter & Co., Inc., a corporation incorporated in the State of Delaware.

                                            Respectfully submitted,

                                            /s/ Kathryn R. Brown
                                            Christopher D. Durham, Esquire
                                            Kathryn R. Brown, Esquire
                                            Duane Morris LLP
                                            30 South 17th Street
                                            Philadelphia, PA 19103
                                            *Attorneys for Defendant*
                                            *Reading Truck Body, LLC*

Date: September 27, 2017

## CERTIFICATE OF SERVICE

I, Kathryn Brown, hereby certify that on September 27, 2017, I caused a true and correct copy of the foregoing Defendant's Disclosure Statement to be served via the court's ECF system on all counsel of record.

/s/ Kathryn R. Brown
Kathryn Brown, Esquire